NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AUCTION MANAGEMENT SOLUTIONS, INC.,**
*Plaintiff/Counterclaim-Defendant-Appellant,*

**and**

**BIDSOFT, LLC,**
*Counterclaim Defendant,*

**v.**

**MANHEIM AUCTIONS, INC.,**
*Defendant/Counterclaim-Appellee,*

**and**

**MANHEIM SERICES CORPORATION,**
*Counterclaimant-Appellee,*

---

2009-1587

---

Appeal from the United States District Court for the Northern District of Georgia in No. 1:05-CV-0639, Judge Richard W. Story.

---

**JUDGMENT**

---

DONALD R. DUNNER, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP of Washington, DC, argued for plaintiff/counterclaim defendant-appellant. With him on the brief were THOMAS H. JENKINS and JASON W. MELVIN;

and ROGER D. TAYLOR, WILLIAM B. DYER III and CORTNEY S. ALEXANDER, of Atlanta, Georgia.

KEVIN B. COLLINS, Covington & Burling LLP, of Washington, DC, argued for defendant/counterclaimant-appellee and counterclaimant-appellee. With him on the brief were GEORGE F. PAPPAS, JEFFREY B. ELIKAN and JEFFREY H. LERNER. Of counsel on the brief was CHRISTOPHER L. MEAZELL, Dow Lohnes, PLLC, of Norman, Oklahoma.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, LINN, and PROST, *Circuit Judges*).

### AFFIRMED.  *See* Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

| October 13, 2010 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |